DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
GERARDO ZAMORA-GARCIA


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-CR-0360 GEB |
| ) Plaintiff, ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) GERARDO ZAMORA-GARCIA, ) | |
| ) Defendant. ) | Date: October 9, 2009<br>Time: 9:00 a.m.<br>Judge: Morrison C. England, Jr. |
| _____ ) | |

It is hereby stipulated and agreed between defendant, Gerardo Zamora-Garcia, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for October 9, 2009, may be continued to October 30, 2009, at 9:00 a.m.

Defense counsel seeks time to review a pre-plea presentence report and proposed resolution (received yesterday) with Mr. Zamora-Garcia and to afford him time to consider his choices. In order to afford time to complete these tasks, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through October 30,

1  2009, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and
2  (B)(iv).

							Respectfully Submitted,

							DANIEL J. BRODERICK
							Federal Defender

Dated:  October 7, 2009		/s/ T. Zindel
							TIMOTHY ZINDEL
							Assistant Federal Defender
							Attorney for GERARDO ZAMORA-GARCIA

							LAWRENCE BROWN
							United States Attorney

Dated:  October 7, 2009		/s/  T. Zindel for M. Anderson
							MICHAEL ANDERSON
							Assistant U.S. Attorney

**O R D E R**

The status conference is continued to October 30, 2009, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through October 30, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  October 8, 2009

							_____
							GARLAND E. BURRELL, JR.
							United States District Judge

Stip & Order					-2-