```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    GERARDO ZAMORA-GARCIA
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,   ) No. 2:09-CR-0360 GEB
                                )
14            Plaintiff,        ) STIPULATION AND ORDER
                                ) CONTINUING STATUS CONFERENCE
15      v.                      ) AND EXCLUDING TIME
                                )
16  GERARDO ZAMORA-GARCIA,      )
                                ) Date:  October 30, 2009
17            Defendant.        ) Time:  9:00 a.m.
                                ) Judge: Garland E. Burrell, Jr.
18  _____)

19
```

It is hereby stipulated and agreed between defendant, Gerardo Zamora-Garcia, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for October 30, 2009, may be continued to November 20, 2009, at 9:00 a.m.

Defense counsel seeks additional time to obtain records of a prior conviction, to research the guidelines calculations in Mr. Zamora's case, and to consult with Ms. Zamora and counsel for the government. In order to afford time to complete these tasks, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order

through November 20, 2009, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

```
                                  Respectfully Submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

Dated:  October 28, 2009          /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for GERARDO ZAMORA-GARCIA


                                  LAWRENCE BROWN
                                  United States Attorney


Dated:  October 28, 2009          /s/  T. Zindel for M. Anderson
                                  MICHAEL ANDERSON
                                  Assistant U.S. Attorney
```

### **O R D E R**

The status conference is continued to November 20, 2009, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through November 20, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: October 29, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge