```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    GERARDO ZAMORA-GARCIA
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,     ) No. 2:09-CR-0360 GEB
                                  )
14            Plaintiff,          ) STIPULATION AND ORDER
                                  ) CONTINUING STATUS CONFERENCE
15       v.                       ) AND EXCLUDING TIME
                                  )
16  GERARDO ZAMORA-GARCIA,        )
                                  ) Date: November 20, 2009
17            Defendant.          ) Time: 9:00 a.m.
                                  ) Judge: Garland E. Burrell, Jr.
18  _____ )

19
```

20    It is hereby stipulated and agreed between defendant, Gerardo
21 Zamora-Garcia, and plaintiff, United States of America, by and through
22 their attorneys, that the status conference presently scheduled for
23 November 20, 2009, may be continued to December 4, 2009, at 9:00 a.m.
24    Defense counsel seeks additional time to obtain records of a prior
25 conviction, to research the guidelines calculations in Mr. Zamora's case,
26 and to consult with Ms. Zamora and counsel for the government.  In order
27 to afford time to complete these tasks, the parties agree that time under
28 the Speedy Trial Act should be excluded from the date of this order

1 through December 4, 2009, pursuant to Title 18, United States Code,
2 Section 3161(h)(7)(A) and (B)(iv).

                                    Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated: November 18, 2009    /s/ T. Zindel
                            TIMOTHY ZINDEL
                            Assistant Federal Defender
                            Attorney for GERARDO ZAMORA-GARCIA

                            BENJAMIN WAGNER
                            United States Attorney

Dated: November 18, 2009    /s/  T. Zindel for M. Anderson
                            MICHAEL ANDERSON
                            Assistant U.S. Attorney

### O R D E R

The status conference is continued to December 4, 2009, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through December 4, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: November 23, 2009

                            _____
                            GARLAND E. BURRELL, JR.
                            United States District Judge

Stip & Order                -2-