```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    GERARDO ZAMORA-GARCIA
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:09-CR-0360 GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| GERARDO ZAMORA-GARCIA, | ) |
| | ) Date: December 4, 2009 |
| Defendant. | ) Time: 9:00 a.m. |
| _____ | ) Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed between defendant, Gerardo Zamora-Garcia, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for December 4, 2009, may be continued to January 15, 2010, at 9:00 a.m.

Defense counsel seeks time to obtain additional records to research the guidelines calculations in Mr. Zamora's case, and to consult with Ms. Zamora and counsel for the government. In order to afford time to complete these tasks, the parties agree that time under the Speedy Trial

/ / /

1  Act should be excluded from the date of this order through January 15,
2  2010, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and
3  (B)(iv).

4
5                                    Respectfully Submitted,
6                                    DANIEL J. BRODERICK
                                     Federal Defender
7
8  Dated:  December 2, 2009          /s/ T. Zindel
                                     TIMOTHY ZINDEL
9                                    Assistant Federal Defender
                                     Attorney for GERARDO ZAMORA-GARCIA
10
11                                   BENJAMIN WAGNER
                                     United States Attorney
12
13 Dated:  December 2, 2009          /s/  T. Zindel for M. Anderson
                                     MICHAEL ANDERSON
14                                   Assistant U.S. Attorney

15
16                             **O R D E R**

17      The status conference is continued to January 15, 2010, at 9:00 a.m.
18 The court finds that a continuance is necessary for the reasons stated
19 above and further finds that the ends of justice served by granting a
20 continuance outweigh the best interests of the public and the defendant
21 in a speedy trial.  Time is therefore excluded from the date of this
22 order through January 15, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
23 (B)(iv).

24      IT IS SO ORDERED.

25 Dated:  December 3, 2009
26
27                                   _____
                                     GARLAND E. BURRELL, JR.
28                                   United States District Judge

Stip & Order                         -2-