```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    GERARDO ZAMORA-GARCIA
 7

 8

 9                   IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      )  No. 2:09-CR-0360 GEB
                                   )
14              Plaintiff,         )  STIPULATION AND ORDER
                                   )  CONTINUING STATUS CONFERENCE
15       v.                        )  AND EXCLUDING TIME
                                   )
16  GERRARDO ZAMORA-GARCIA,        )
                                   )  Date:  January 15, 2010
17              Defendant.         )  Time:  9:00 a.m.
                                   )  Judge: Garland E. Burrell, Jr.
18  _____)
```

19

20   It is hereby stipulated and agreed between defendant, Gerardo
21 Zamora-Garcia, and plaintiff, United States of America, by and through
22 their attorneys, that the status conference presently scheduled for
23 January 15, 2010, may be continued to February 12, 2010, at 9:00 a.m.

24   Defense counsel has noted a likely error in the pre-plea presentence
25 report that may affect resolution of the case. The parties therefore
26 request additional time to review court records touching on the issue
27 and, if appropriate, to reconsider the proposed resolution. In order to
28 afford time to complete these tasks, the parties agree that time under

the Speedy Trial Act should be excluded from the date of this order through February 12, 2010, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

                                      Respectfully Submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated: January 13, 2010      /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for GERARDO ZAMORA-GARCIA

                                      BENJAMIN WAGNER
                                      United States Attorney

Dated: January 13, 2010      /s/ T. Zindel for M. Anderson
                                      MICHAEL ANDERSON
                                      Assistant U.S. Attorney

## O R D E R

The status conference is continued to February 12, 2010, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through February 12, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

    IT IS SO ORDERED.

Dated: January 20, 2010

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28