1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   GERRARDO ZAMORA-GARCIA
7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,        )  No. 2:09-CR-0360 GEB
                                    )
14              Plaintiff,          )  **STIPULATION AND ORDER**
                                    )  **CONTINUING STATUS CONFERENCE**
15      v.                          )  **AND EXCLUDING TIME**
                                    )
16 GERRARDO ZAMORA-GARCIA,          )
                                    )  Date:  February 12, 2010
17              Defendant.          )  Time:  9:00 a.m.
                                    )  Judge: Garland E. Burrell, Jr.
18 _____  )

19

20     It is hereby stipulated and agreed between defendant, Gerrardo
21 Zamora-Garcia, and plaintiff, United States of America, by and through
22 their attorneys, that the status conference presently scheduled for
23 February 12, 2010, may be continued to March 5, 2010, at 9:00 a.m.
24     Defense counsel has noted a likely error in the pre-plea presentence
25 report that may affect resolution of the case. The parties therefore
26 request additional time to review court records touching on the issue
27 and, if appropriate, to reconsider the proposed resolution.  In order to
28 afford time to complete these tasks, the parties agree that time under

the Speedy Trial Act should be excluded from the date of this order through March 5, 2010, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

                                Respectfully Submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

Dated: February 8, 2010  /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for GERRARDO ZAMORA-GARCIA

                                BENJAMIN B. WAGNER
                                United States Attorney

Dated: February 8, 2010  /s/ T. Zindel for M. Anderson
                                MICHAEL ANDERSON
                                Assistant U.S. Attorney

## **O R D E R**

The status conference is continued to March 5, 2010, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through March 5, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: February 9, 2010

                                GARLAND E. BURRELL, JR.
                                United States District Judge