```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   GERRARDO ZAMORA-GARCIA
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,    ) No. 2:09-CR-0360 GEB
                                )
14           Plaintiff,         ) STIPULATION AND ORDER
                                ) CONTINUING STATUS CONFERENCE
15     v.                       ) AND EXCLUDING TIME
                                )
16 GERRARDO ZAMORA-GARCIA,      )
                                ) Date:  March 12, 2010
17           Defendant.         ) Time:  9:00 a.m.
                                ) Judge: Garland E. Burrell, Jr.
18 _____)

19
```

20      It is hereby stipulated and agreed between defendant, Gerrardo
21 Zamora-Garcia, and plaintiff, United States of America, by and through
22 their attorneys, that the status conference presently scheduled for March
23 12, 2010, may be continued to April 23, 2010, at 9:00 a.m.

24      Defense counsel noted an apparent scoring error in the pre-plea
25 presentence report.  The government has requested a transcript from the
26 scored prior conviction to confirm whether the report is in error, but
27 the transcript has yet to arrive.  Because the error may affect
28 resolution of the case, the parties request additional time to review

court records touching on the issue and to reconsider the proposed resolution. The parties therefore agree that time under the Speedy Trial Act should be excluded from the date of this order through April 23, 2010, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

```
                                    Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


Dated:  March 9, 2010               /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for GERRARDO ZAMORA-GARCIA


                                    BENJAMIN B. WAGNER
                                    United States Attorney


Dated:  March 9, 2010               /s/  T. Zindel for M. Anderson
                                    MICHAEL ANDERSON
                                    Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to April 23, 2010, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through April 23, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: March 11, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                          -2-