DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GERRARDO ZAMORA-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>       v.                         )<br>                                  )<br> GERRARDO ZAMORA-GARCIA,          )<br>                                  )<br>            Defendant.            )<br>                                  )<br>_____ ) | No. 2:09-CR-0360 GEB<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date:  April 30, 2010<br>Time:  9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between defendant, Gerrardo Zamora-Garcia, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for April 30, 2010, may be continued to June 11, 2010, at 9:00 a.m.

The government has agreed that the pre-plea presentence report is scored incorrectly and must be revised, but advises that Probation cannot revise the report until mid-May.  The government states that a new plea offer will be made after the report is revised.  Since the new offer will be more favorable to the defendant, the parties agree that the interests

1  of justice warrant excluding time under the Speedy Trial Act from the
2  date of this order through June 11, 2010, pursuant to Title 18, United
3  States Code, Section 3161(h)(7)(A) and (B)(iv).

                                    Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated: April 27, 2010        /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for GERRARDO ZAMORA-GARCIA

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: April 27, 2010        /s/ T. Zindel for M. Anderson
                                    MICHAEL ANDERSON
                                    Assistant U.S. Attorney

## **O R D E R**

The status conference is continued to June 11, 2010, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through June 11, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: May 6, 2010

                                    GARLAND E. BURRELL, JR.
                                    United States District Judge